PATRICIA J. CURTO, Appellant, v PETER P. VASILION et al., Respondents.

Submitted March 1, 2010; decided April 6, 2010

Motion for reargument etc. denied [see 13 NY3d 716 (2010)].

In the Matter of E., an Applicant for Admission to the Bar, Appellant. COMMITTEE ON CHARACTER AND FITNESS, Respondent.

Decided April 6, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.